BARRY J. PORTMAN
Federal Public Defender
SHAWN HALBERT
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA  94102
Telephone:  (415) 436-7700

Counsel for Defendant ANDRES MENDIETA VELASQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR-10-0702 MMC |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS |
| v. | ) ) | DATE FROM NOVEMBER 3, 2010 TO NOVEMBER 17, 2010 AND |
| ANDRES MENDIETA VELASQUEZ | ) ) | EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| Defendant. | ) ) ) | |

    The parties are scheduled to appear before this Court for their second appearance on this case on November 3, 2010 at 2:30 p.m.  Undersigned defense requests an additional two weeks to review and explain the government's offer to defendant.  The government has no objection to continuing the case for this amount of time to enable defense counsel to meet with her client again for this purpose.

    The parties also agree that the time between November 3, 2010 and November 17, 2010 (or the next date available to the Court) should be excluded under the Speedy Trial Act; the continuance is necessary for effective preparation of counsel, 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), and the ends of justice served by granting such a continuance outweigh the best interests of the public and

///

the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

                                      MELINDA HAAG
                                      United States Attorney

DATED: November 2, 2010                    /s/
                                      LOWELL POWELL
                                      Special Assistant United States Attorney

DATED: November 2, 2010                    /s/
                                      SHAWN HALBERT
                                      Assistant Federal Public Defender

1 **[PROPOSED] ORDER**

2  For the reasons stated above, the Court finds that the continuance of time for the next hearing
3 before this Court from November 3, 2010 to November 17, 2010 is warranted.  Further, the Court
4 finds that an exclusion of time under the Speedy Trial Act between November 3, 2010 and
5 November 17, 2010 is appropriate because the failure to grant the requested continuance would deny
6 the defense effective preparation of counsel; thus, the ends of justice served by the continuance
7 outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161
8 (h)(7)(A), (h)(7)(B)(iv).

9

10 SO ORDERED.

11

12 DATED: November 2, 2010
13 THE HONORABLE MAXINE M. CHESNEY
   United States District Court

STIP. & [PROP] ORDER
CR-10-0702 MMC                               - 3 -